1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone    (415) 646-7160
   Facsimile    (415) 981-1270
5
6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9  THERESA J. LIVINGSTON,                Case No. C 06 1440 JSW
10
               Plaintiff,                **STIPULATION AND REQUEST FOR**
11                                       **VOLUNTARY DISMISSAL OF**
       v.                                **JANSSEN, L.P., JANSSEN**
12                                       **PHARMACEUTICA, INC., AND**
   ASTRAZENECA PHARMACEUTICALS, et al    **JOHNSON & JOHNSON**
13                                       AND ORDER THEREON
               Defendants.
14

15     Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY**
16 defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON,
17 from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC.,
18 and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

19 Dated: August 3, 2006                  Dated: August 2, 2006
20 **LEVIN SIMES KAISER & GORNICK LLP**   **DRINKER BIDDLE & REATH LLP**
21
22 _____        _____
   Dennis J. Canty                        Charles F. Preuss
23 Attorneys for Plaintiff                 Steven M. Selna
                                          Owen J. Rescher
24                                        Attorneys for Defendants
                                          Janssen, L.P., Janssen Pharmaceutica Inc., and
25                                        Johnson & Johnson

26 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27
   Dated: August 3, 2006                  _____
28                                        United States District Court

STIPULATION AND VOLUNTARY DISMISSAL                                              PAGE 1