1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA 94104
   Telephone: 415-646-7160
4  Facsimile: 415-981-1270

5

6  Attorneys for Plaintiff

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 THERESA LIVINGSTON,                    No. C 06 1440 JSW

            Plaintiff,                    Before the Honorable Jeffrey S. White
12
      vs.                                 [~~PROPOSED~~] ORDER VACATING
13                                        ~~AND/OR CONTINUING~~ CASE
   ELI LILLY AND COMPANY,                 MANAGEMENT CONFERENCE
14
            Defendant.                    Conference Date:  August 11, 2006
15                                        Conference Time:  1:30 p.m.
                                          Location:         Courtroom 2, 17th Floor
16

17      For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference
                                    VACATES
18 Statement, the Court hereby ~~continues~~ the August 11, 2006 Case Management Conference ("CMC")

19 ~~to_____, at_____~~. In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, ~~far enough in~~

21 ~~advance of the new CMC date,~~ the parties shall file a Joint ~~CMC Statement at least 5 calendar days~~

22 ~~before the CMC, pursuant to this Court's Standing Order~~ request to have the matter put back on this
                                                            Court's calendar.
23
        **IT IS SO ORDERED.**
24
   DATED: August 4, 2006
25                                                    _____
                                                      Honorable Jeffrey S. White
26                                                    United States District Court Judge

27

28

— 3 —
[Proposed] Order